Rev: 1/2017

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.                        Criminal No.        17-38

INGRID ROXANA BALDETTI ELIAS

                                Category     B

                        Defendant(s)

# REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on   6/19/18   from  Judge Colleen Kollar-Kotelly

to  Calendar Committee  by direction of the Calendar Committee.

(Defendant is a Fugitive)

                              <u>JUDGE ELLEN S. HUVELLE</u>
                              Chair, Calendar and Case
                              Management Committee

cc:     Judge Colleen Kollar-Kotelly    & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk