IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:17 Cr. 00038 |
| INGRID ROXANA BALDETTI ELIAS | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein shall take Notice that undersigned counsel is entering an appearance as retained co-counsel for defendant Ingrid Rozana Baldetti Elias.

Sandi S. Rhee
DC Bar No. 502417
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
202-285-8366 (cellular)
SandiRheeLaw@Gmail.com

Respectfully submitted,

Sandi S. Rhee

Sandi S. Rhee
DC Bar No. 502417
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
202-285-8366 (cellular)
SandiRheeLaw@Gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on the ECF docket of this case this 8th day of March, 2026.

Sandi S. Rhee

______________________________